**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD JOSE URDANETA-GONZALEZ** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-1344** |
| | : | |
| **J.L. JAMISON,** *et al.* | : | |

## ORDER

This 3rd day of March, 2026, after initial review of Petitioner Richard Jose Urdaneta-Gonzalez's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1.      Respondents are **ENJOINED** from taking any action that would result in the transfer of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

2.      Respondents shall file any response to the Petition on the ECF filing system by **3:00 p.m. on Thursday, March 5, 2026**, or show cause why they cannot comply with that expedited schedule.

  /s/ Gerald Austin McHugh  
United States District Judge